[No. 27893-6-II. Division Two. September 16, 2003.]

*In the Matter of the Marriage of* DERRICK OBRIAN PATTON, *Respondent,* and ELIZABETH ANN PATTON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 00-3-00190-0, David R. Draper, J., entered September 26, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28391-3-II. Division Two. September 16, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY QUINN BLACKWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04011-4, Kitty-Ann van Doorninck, J., entered January 25, 2002. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 28552-5-II. Division Two. September 16, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK J. McDONALD, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00016-9, John P. Wulle, J., entered March 13, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 28774-9-II. Division Two. September 16, 2003.]

JESSE A. RAINWATER, *Respondent,* v. SPENCER R. OWENS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-00177-2, Brian M. Tollefson, J., entered May 22, 2002. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Houghton and Armstrong, JJ.